# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia (Richmond)

In re  Gustavo Enrique Garcia  
Debtor

Case No. 09-36233  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank, National Association

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 0378

**Date of payment change:**  
Must be at least 21 days after date of this notice: 03/01/2012

**New total payment:**  
Principal, Interest, and escrow, if any: $2,196.85

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No  
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $285.41    New escrow payment: $295.05

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____

Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No  
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Nicole Norris                                      Date  02/08/2012
   Assistant Vice President

Print:  Nicole Norris                                    Title  Assistant Vice President

Company  Bank of America, N.A.                           Specific Contact Information:
Address  2380 Performance Drive                          Phone: 214-209-8568
         Richardson, TX 75082                            Email: nnorris@bankofamerica.com

74005-b4df78e7-91d2-4a9f-9215-daae72aca4b3-

# CERTIFICATE OF SERVICE

I hereby certify that on February 08, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Gustavo Enrique Garcia
9806 Capri Rd
Richmond, VA 23229

Debtor's Attorney:

Linda D. Jennings
The Debt Law Group, PLLC
111 Highland Avenue
Colonial Heights, VA 23834

Trustee:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780

/s/ Bill Taylor

Authorized Agent

0-8bbbad34-5e44-4712-b3d4-3d93cd1acfc5

1 de 6

**Bank of America**
**Home Loans**

Customer Service
P.O. Box 940435
Simi Valley, CA 93094-0435

Notice date: 12/22/2011
Account No.: ■■■■
Property address:
9806 Capri Road
Richmond, VA 23229

0000175 01 MB 0.387 **AUTO  T2 0 9680 23219-3600
MSO TL AG 074------1--2-9T C0000077 IN P00175
ROBERT E. HYMAN
1313 E. MAIN STREET STE 339
RICHMOND VA 23219-3600

Pursuant to an Agreement with the Federal Trade Commission, Bank of America, N.A. is required to provide Chapter 13 trustees with a written informational notice on a monthly basis.

Please find enclosed a copy of this month's informational notice for the following:
Gustavo Garcia



3 de 6

**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Fecha de Aviso: 12/22/2011
**Número de la cuenta:** ▉
Dirección de la propiedad:
9806 Capri Road
Richmond, VA 23229

GUSTAVO GARCIA
9806 Capri Rd
Richmond VA 23229-3824

### MENSAJE IMPORTANTE ACERCA DE SU PRÉSTAMO HIPOTECARIO

Adjunto encontrará un análisis de la cuenta de custodia de su préstamo. El propósito de este aviso es para informarle que la porción de cuenta de custodia de su pago estará cambiando a $295.05 a partir de Marzo 01, 2012.

### LO QUE ESTO SIGNIFICA

Esta notificación es solo para fines informativos. Su próximo estado de cuenta llegará pronto. Le proporcionará un cupón de pago, e incluirá la nueva cantidad de pago de cuenta de custodia de $295.05.

### INFORMACIÓN ADICIONAL

| | |
|---|---|
| Saldo del Principal | $245,839.22 |
| Saldo parcial del pago | $1,774.18 |
| Préstamo hipotecario se vence 01/01/2012 | $2,187.21 |

Este aviso informativo se está enviando a los siguientes propietarios en la dirección indicada arriba en referencia a la declaración de bancarrota del capítulo 13: GUSTAVO GARCIA

### LO QUE ESTO SIGNIFICA

Por favor mantenga esta notificación para sus registros.

### GRACIAS POR SU NEGOCIO

Para información adicional sobre el análisis de la cuenta de custodia, o cualquier detalle de otra cuenta, llame 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time. La dirección para consultas generales y todas las solicitudes formales por escrito de RESPA es: Bank of America, N.A., Attn: Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170.





Bank of America
Home Loans

| | Número de Cuenta | Fecha del Estado de Cuenta |
|---|---|---|
| | ▓▓▓▓▓▓ | 12/22/2011 |

Dirección de la Propiedad
9806 Capri Road

Gustavo García

## REVISIÓN DE LA CUENTA EN CUSTODIA

**EXPLICACIÓN DE LA CUENTA EN CUSTODIA**

Parte de su pago mensual del préstamo será asignado a una cuenta en custodia, para pagar los impuestos de su propiedad y el seguro de su casa. Durante el año estas cuentas se pagarán de acuerdo a su fecha de vencimiento. Este aviso describe cualquier cambio necesario en su pago mensual para mantener suficiente dinero en su cuenta en custodia para pagar estas facturas. Mediante nuestro análisis, utilizamos los siguientes datos para calcular su nuevo pago para la cuenta en custodia.

Vea abajo para:
- una explicación detallada del análisis de su cuenta en custodia
- comparación paralela de la información proyectada del año pasado contra información actual.

**RESUMEN**

| | | |
|---|---|---|
| Cantidad mínima requerida (vea el Paso 1) | Cantidad mensual requerida para pagar los impuestos de su propiedad y el seguro de su casa | $267.77 |
| Pago de déficit (vea el Paso 2) | **La cantidad mensual que usted debe pagar a su cuenta en custodia para impedir que el saldo baje a cero durante el año** | $0.00 |
| Requisito de reserva (vea el Paso 3) | La cantidad mensual permitida por la ley federal para cubrir costos inesperados de impuestos y aumentos de seguro y demás | $27.28 |
| **Nuevo pago mensual de la cuenta en custodia** (vea el Paso 4) | | **$295.05** |
| **Nuevo pago mensual del préstamo hipotecario a partir de 03/2012** (vea el Paso 4) | | **$2,196.85** |

### CÓMO CALCULAMOS SU PAGO DE LA CUENTA EN CUSTODIA

**PASO 1**  Determinación de la cantidad mínima necesitada para el año

| Elementos de la cuenta en custodia | Cantidad requerida | Frecuencia mensual | Cantidad mensual requerida |
|---|---|---|---|
| Seguro de Propietario | $745.00 | 12 | $62.08 |
| Impuestos de Condado | 1,234.10 | 12 | 102.84 |
| Impuestos de Condado | 1,234.10 | 12 | 102.84 |
| **Cantidad total básica del pago mensual** | | | **$267.77** |

**PASO 2**  Determinación del saldo mínimo proyectado

En la siguiente gráfica, proyectamos las cantidades que usted pagará a su cuenta en custodia el próximo año y las cantidades que nosotros pagaremos para cubrir el seguro y los recibos de impuestos. Recuerde que esta información es sólo una proyección y tal vez no refleje las cantidades actuales a pagar en la fecha límite.

| Mes | Depósitos de la cuenta en custodia | Pagos de impuestos | Pagos de seguro | Pagos de MIP/PMI | Saldo |
|---|---|---|---|---|---|
| **Saldo Principal** | | | | | **$1,381.84** |
| Marzo 2012 | 267.77 | | 745.00 | | 904.61 |
| Abril 2012 | 267.77 | | | | 1,172.38 |
| Mayo 2012 | 267.77 | 1,234.10 | | | 206.05 * |
| Junio 2012 | 267.77 | | | | 473.82 |
| Julio 2012 | 267.77 | | | | 741.59 |
| Agosto 2012 | 267.77 | | | | 1,009.36 |
| Septiembre 2012 | 267.77 | | | | 1,277.13 |
| Octubre 2012 | 267.77 | | | | 1,544.90 |
| Noviembre 2012 | 267.77 | 1,234.10 | | | 578.57 |
| Diciembre 2012 | 267.77 | | | | 846.34 |
| Enero 2013 | 267.77 | | | | 1,114.11 |
| Febrero 2013 | 267.77 | | | | 1,381.88 |
| **Saldo Final** | | | | | **$1,381.88** |

| | |
|---|---|
| **Saldo mínimo proyectado** | **$206.05** |
| **Cantidad de déficit** | **$0.00** |

* Saldo mínimo proyectado (SMP)

En el momento del análisis, Bank of America, N.A. asume que todos los pagos hipotecarios programados se realizarán a la fecha de vigencia de su nuevo pago.

Su saldo mínimo proyectado (SMP) refleja un balance mayor a cero. En el paso siguiente, haremos una comparación de esta cantidad con su requisito de reserva de la cuenta en custodia, para determinar si existe un excedente.

**PASO 3**  Determinación del requisito de reserva

La ley federal permite el cobro de una cantidad para mantener como reserva en caso inesperado de aumentos de impuesto y/o seguros y demás. La reserva usada para este período aparece a continuación.

| | | |
|---|---|---|
| Saldo mínimo proyectado (vea el Paso 2) | $206.05 | |
| Reserva total requerida (16.6% de la cantidad baja) * | 533.39 | |
| Cantidades adicionales requeridas | 327.34 | |
| **Requisito mensual para la reserva  ($327.34 dividido por 12)** | | **$27.28** |
| **Excedente disponible** | **$0.00** | |

*La cantidad base equivale al total de pagos anticipados que se harán de la cuenta de custodia durante el año, pero excluye las cantidades del PMI/MIP.

**PASO 4**  Determinación de los pagos mensuales

**PASO 4**   **Determinación de los pagos mensuales - continuado**

| | |
|---|---:|
| Pago para el déficit (vea el Paso 2) | .00 |
| Requisito de reserva (vea el Paso 3) | 27.28 |
| **Total del pago mensual de la cuenta en custodia** | **$295.05** |

**Cálculo del pago mensual del préstamo hipotecario**

| | |
|---|---:|
| Principal e/o interés | $1,901.80 |
| Total del pago mensual de la cuenta en custodia | 295.05 |
| **Total del pago mensual del préstamo hipotecario a partir de 03/2012** | **$2,196.85** |

**REVISIÓN DEL AÑO PASADO**

**Comparación del análisis actual y anterior** — *Cantidad mensual*

| *Cantidad requerida para impuestos y seguro* | Último análisis | Este análisis |
|---|---:|---:|
| Seguro de Propietario | $62.83 | $62.08 |
| Impuestos de Condado | 102.84 | 102.84 |
| Impuestos de Condado | 102.84 | 102.84 |
| El pago de la cuenta en custodia bajo to | $268.52 | $267.77 |
| Pago de deficit | 1.04 | .00 |
| Requisito de reserva | 44.57 | 27.28 |
| Cantidad redondeada | .00 | .00 |
| **El pago de la cuenta en custodia** | **$314.13** | **$295.05** |
| Principal e/o intereses | $1,901.80 | $1,901.80 |
| El pago de la cuenta en custodia mensual | 314.13 | 295.05 |
| **Cantidad Total del Pago** | **$2,215.93** | **$2,196.85** |

Resúmen de cambios en la cuenta en custodia

Como se muestra, la cantidad mínima de la cuenta en custodia ha disminuido. Su porcentaje de la reserva ha permanecido sin cambiar. Su pago de la reserva ha disminuido. La cantidad redondeada incluida es un .00. El resultado de esta situación causó que el total de su pago de cuenta en custodia disminuyera.

A continuación encontrará una comparación detallada de la actividad proyectada para la cuenta en custodia del año pasado contra la actividad actual.



**Pagos a la cuenta en custodia del año pasado**

*Proyectado*

| Fecha | Actividad | Depositado | Pagado a | Saldo |
|---|---|---:|---:|---:|
| | Saldo principal | | | $1,170.12 |
| 03/01/2011 | Pago de Marzo | 314.13 | | 1,484.25 |
| 03/02/2011 | Seguro de Propietario | | 754.00 | 730.25 |
| 04/01/2011 | Pago de Abril | 314.13 | | 1,044.38 |
| 05/01/2011 | Pago de Mayo | 314.13 | | 1,358.51 |
| 05/02/2011 | Impuestos de Condado | | 1,234.10 | 124.41 * |
| 06/01/2011 | Pago de Junio | 314.13 | | 438.54 |
| 07/01/2011 | Pago de Julio | 314.13 | | 752.67 |
| 08/01/2011 | Pago de Agosto | 314.13 | | 1,066.80 |
| 09/01/2011 | Pago de Septiembre | 314.13 | | 1,380.93 |
| 10/01/2011 | Pago de Octubre | 314.13 | | 1,695.06 |
| 11/01/2011 | Pago de Noviembre | 314.13 | | 2,009.19 |
| 11/02/2011 | Impuestos de Condado | | 1,234.10 | 775.09 |
| 12/01/2011 | Pago de Diciembre | 314.13 | | 1,089.22 |
| 01/01/2012 | Pago de Enero | 314.13 | | 1,403.35 |
| 02/01/2012 | Pago de Febrero | 314.13 | | 1,717.48 |
| | **Saldo final** | | | **$1,717.48** |

*Actual*

| Fecha | Actividad | Depositado | Pagado a | Saldo |
|---|---|---:|---:|---:|
| | Saldo principal | | | -$7,566.36 |
| 05/18/2011 | Pago-Imp. del Condado | | 1,234.10 | -8,800.46 |
| 11/22/2011 | Pago-Imp. del Condado | | 1,234.10 | -10,034.56 * |
| | **Saldo final** | | | **-$10,034.56** |

\* Saldo mínimo requerido

En el momento del análisis, Bank of America, N.A. asume que todos los pagos hipotecarios programados se realizarán a la fecha de vigencia de su nuevo pago.