# FORM A

# SUMMARY OF PROPOSED LOAN MODIFICATION

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:
Gustavo Garcia    ,

Debtor(s)

Case No. 09-36233
Chapter 13

### Summary of the Proposed Loan Modification

|  | Original Loan | Modified Loan |
| --- | --- | --- |
| Principal Amount | $245,839.22 | $331,906.09 |
| Interest Rate | 8.25% | 2.00% - 3.375% |
| Term or Maturity Date | Jan.1, 2036 | Jan. 1, 2036 |
| Monthly Payment | $2,196.85 | $1,088.42 - $1,273.10 |

[✓] 2. The modified loan includes future payment changes or balloon payments. The terms of any such future payment changes or balloon payments are:

Balloon payment of $217,927.89 due at time of scheduled maturity
Interest rate increases during term of modification; monthly payment will increase accordingly

[ ] 3. The modification results in a higher monthly payment. The source(s) of the funds used to make that payment is/are:

[✓] 4. The modification results in a lower monthly payment. Choose one of the following:
   [ ] a. The amount of future plan payments will be increased.
   [✓] b. The amount of future plan payments will not be increased.